In the Matter of the Claim of Clarence J. Quinlan, Respondent, v. County of Monroe Iola Sanitorium et al., Appellants. Workmen's Compensation Board, Respondent.—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.